■ Robert Panico et al., Appellants, v Incorporated Village of Garden City, Defendant, and Garden City Union Free School District #18, Defendant and Third-Party Plaintiff-Appellant. Daniel Purcell et al., Third-Party Defendants-Respondents. [614 NYS2d 928] —Appeals by the plaintiffs and the defendant third-party plaintiff from an order of the Supreme Court, Nassau County (McCaffrey, J.), dated December 1, 1992.

Ordered that the order is affirmed, with one bill of costs to the third-party defendants-respondents, for reasons stated by Justice McCaffrey at the Supreme Court. Bracken, J. P., Miller, Copertino and Hart, JJ., concur.